**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**K.S.J., A MINOR; NATALIE CUZDEY;
AND GILBERT CUZDEY, JR.; INDIVIDUALLY
AND AS FOSTER PARENTS AND NEXT FRIENDS
OF THE MINOR CHILD, K.S.J.**                                                                **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO.: 3:23-cv-465-MPM-JMV**

**MISSISSIPPI DEPARTMENT OF
CHILD PROTECTION SERVICES et al.**                         **DEFENDANTS**

## ORDER

This matter is before the court on the motion [3] of Plaintiffs to replace some of the exhibits filed with the Complaint [1]. For the reasons that follow, the motion is GRANTED as modified below.

Plaintiffs filed their complaint on December 5, 2023, with seven exhibits attached. Three exhibits contained information – the minor child's name or date of birth – that was intended to be redacted but was not. The exhibits at issue are ECF 1.3, 1.5, and 1.7.

Electronic filings that contain the name of an individual known to be a minor may include only the minor's initials. Fed. R. Civ. P. 5.2(a)(3); *see also Safeco Ins. Co. of America v. Blackwell*, Civil Action No. 3:19-CV-56-GHD-RP, 2019 WL 1281239, at *1 (N.D. Miss. Mar. 20, 2019). Per Local Rule 79(b), the court may *sua sponte* order a document to be sealed, though the order "must include particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." L.U. Civ. R. 79(b).

Although Plaintiff has requested that the exhibits at issue be "replaced" by the redacted versions attached to the instant motion, the undersigned finds the appropriate procedure to be ordering the originally filed exhibits sealed. Sealing is appropriate to protect the identity and

interests of the minor child, as well as to comply with the Federal Rules. Sealing is also narrowly tailored to protect this interest as the redacted versions of these exhibits will be filed on the docket for public consumption.

THERFORE IT IS ORDERED that Plaintiff's originally filed exhibits (ECF 1.3, 1.5, 1.7) are ordered to be sealed. The Clerk's Office is also instructed to attach the redacted exhibits filed with Plaintiffs' motion [3] to Plaintiffs' Complaint [1].

**SO ORDERED**, this, the 6th day of December, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**