# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**K.S.J., A MINOR, ET AL.**                                                                                   **PLAINTIFFS**

**vs.**                                              **CIVIL ACTION NO. 3:23-cv-00465-MPM-JMV**

**MISSISSIPPI DEPARTMENT OF**
**CHILD PROTECTIVE SERVICES, ET AL.**                                              **DEFENDANTS**

### ORDER STAYING ATTORNEY CONFERENCE, DISCLOSURE REQUIREMENTS, AND ALL DISCOVERY PURSUANT TO L.U.Civ.R. 16(b)(3)

THIS CAUSE having come before the Court by operation of the automatic stay provision of L.U.Civ.R. 16(b)(3), and the Court, being fully advised in the premises, finds that the attorney conference, the initial disclosure requirements, and any and all discovery in this matter are stayed by operation of L.U.Civ.R. 16(b)(3) due to the filing of a motion to dismiss by all Defendants on February 15, 2024, asserting jurisdictional defenses and immunity defenses [Dkt. 23].

IT IS, THEREFORE, ORDERED AND ADJUDGED that pursuant to L.U.Civ.R. 16(b)(3), and until any subsequent order of this Court to the contrary, the attorney conference, initial disclosure requirements, and any and all discovery in this matter are hereby **STAYED** pending the Court's ruling on the aforementioned motion [Dkt. 23], including the outcome of any appeal.

**SO ORDERED AND ADJUDGED**, this the 16th day of February, 2024.

/s/ Jane M. Virden

**UNITED STATES MAGISTRATE JUDGE**